UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ANGELA C ONYETEMA ANENE,
Plaintiff,

v.

UNITED AIRLINES, INC., et al.,
Defendants.

Case No. 26-cv-06550-TLT (RMI)

**ORDER DENYING JOINT LETTER BRIEF**

Re: Dkt. No. 36

Before the court is the parties' joint letter brief (dkt. 36). On October 27, 2026, the presiding judge entered an order (dkt. 37) dismissing with prejudice the individual defendants in this case and setting a deadline for Plaintiff to file an amended complaint. That order effectively mooted most of the disputes presented in the joint letter brief, including the subject matter of the disputes (interrogatory and RFA limits as to the individual defendants) as well as the timing aspect of the disputes (whether United should have to respond by October 28 or November 4). Although the issue of whether interrogatories 8, 9, and 25 count as two interrogatories each and whether interrogatories 6, 16, 18, and 20 count as single interrogatories may remain because an amended complaint will soon be filed that may alter the claims and discovery parameters, the joint letter brief is properly DENIED at this juncture.

**IT IS SO ORDERED.**

Dated: November 2, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California